UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAUN E. HOWARD, <br><br>      Plaintiff, <br><br> v. <br><br> J&B HAULING, LLC, REGINALD MITCHELL, and KSJ ENTERPRISES USA, LLC <br>      Defendants. | CAUSE NO.: |

## COMPLAINT FOR DAMAGES

This complaint of SHAUN E. HOWARD ("Howard"), a person of full age of majority and resident of and domiciled in the County of Pearl River, State of Mississippi, with respect represents as follows:

1. Made defendants herein are:

    A. J&B HAULING, LLC (hereinafter "J&B Hauling"), a limited liability company operating a cargo transportation business with its principal address located at 613 Vendella Circle, McDonough, GA, 30253. J&B Hauling is a single-member LLC, whose sole member is Walter Jones, Jr., a citizen of the State of Georgia.

    B. REGINALD MITCHELL (hereinafter "Mitchell"), a person of full age of majority and a resident of and domiciled in Tifton, Georgia.

    C. KSJ ENTERPRISES USA, LLC, (hereinafter "KSA Enterprises") a limited liability company operating a cargo transportation business with its principal address located at 12114 Fruitwood Drive, Riverview, FL, 33569. KSA Enterprises has three members who are all citizens of the State of Florida.

1

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, because this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Mr. Howard is a citizen of the State of Mississippi, and defendant J&B Hauling, LLC, is a citizen of the State of Georgia by virtue of the citizenship of its sole member, who is a citizen of the State of Georgia. Reginald Mitchell is an individual who is a citizen of the State of Georgia. Further, KSA Enterprises is a citizen of the State of Florida by virtue of the citizenship of its members.

3. Venue is appropriate in the Eastern District of Louisiana under 28 U.S.C. § 1391(b)(2), because it is the judicial district where a substantial part of the events or omissions giving rise to this claim occurred. Specifically, the incident giving rise to this lawsuit occurred in St. Tammany Parish, which is within the Eastern District of Louisiana.

4. This court has personal jurisdiction over defendants by virtue of their operation of business activities within the State of Louisiana, establishing minimum contacts.

## FACTUAL ALLEGATIONS

5. On November 18, 2021, at 5:44 p.m., Mitchell was operating a 2017 International Tractor Trailer on LA 21 in St. Tammany, Louisiana, when he attempted to merge left into the fat-left lane of traffic at 70 MPH, causing a side-impact on Mr. Howard's vehicle which was already present in the left lane. Officer Paul Strickland, LADPS, investigated the collision and found Mitchell at fault for cutting in and improper passing.

6. The above-described collision was solely caused by the negligence of Mitchell, more particularly described as follows:

      A.      Violation of Louisiana Revised Statute 32:79, for merging into an occupied lane of traffic without first ascertaining it was safe to do so;

      B.      Failing to safely operate his vehicle in a safe and controlled manner when the circumstances required that he do so;

      C.      Failure to maintain a proper lookout;

      D.      Other acts of negligence which will be shown more fully at trial.

7. Howard further alleges on information and belief that, at the time of the collision described above, Mitchell was acting as an employee within the course and scope of his joint employment with J&B Hauling and KSJ Enterprises, which entities jointly owned the tractor trailer driven by Mitchell and operate the cargo transportation business for whom he was working. As a consequence, defendants J&B Hauling and KSJ Enterprises are jointly and severally liable to Howard for the negligent acts of their employee under the doctrine of *respondeat superior*, and for their own failure to train Mitchell, and other acts of negligence to be proven at trial.

8. As direct and proximate cause of the negligence of Defendants, Mr. Howard sustained injuries which required and continues to require medical treatment, including serious multi-level disc injuries to his spine, for which Mr. Howard is undergoing pain management and therapy.

9. Mr. Howard is entitled to recover damages for his past, present, and future physical pain and suffering, mental pain and suffering, medical expenses, lost wages, past, present and future and permanent injury, loss of enjoyment of life, property damages to his vehicle, and all other general and equitable relief as the court may determine appropriate.

**WHEREFORE**, the petitioner prays that the defendants, J&B HAULING, LLC, REGINALD MITCHELL, and KSJ ENTERPRISES USA, LLC, be duly cited and served with a

copy of this petition and that after due proceedings are had there be judgment rendered herein in favor of Shaun E. Howard, and against the defendants, jointly, severally and *in solido*, in an amount sufficient to adequately compensate Shaun Howard for his damages, together with legal interest thereon from date of judicial demand until paid, and for a trial by jury, and for all costs of this suit, and for all general and equitable relief.

**Respectfully Submitted:**

**BRUNO & BRUNO, LLP**

*/s/ Daniel A. Meyer*
Joseph M. Bruno (La. Bar No. 3604)
Daniel A. Meyer (La. Bar No. 33278)
855 Baronne Street
New Orleans, LA 70115
Telephone: (504)-525-1335
Facsimile: (504)-561-6775
jbruno@brunobrunolaw.com
dmeyer@brunobrunolaw.com
*Counsel for Shaun E. Howard*