UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAUN E. HOWARD                                           CIVIL ACTION

VERSUS                                                    NO. 22-993

J&B HAULING, LLC et al.                                   SECTION: "G"

## Jury Verdict Form

**Negligence**

1. Has Plaintiff proved by a preponderance of the evidence that Defendant Reginald Mitchell caused or contributed to the November 18, 2021 motor vehicle collision?

    YES: ✓   NO: ____

    [IF YOU CHECKED YES, PLEASE PROCEED TO QUESTION NUMBER 2. IF YOU CHECKED NO, DO NOT ANSWER ANY MORE QUESTIONS, PROCEED TO THE END, AND SIGN THE FORM.]

2. Do you find by a preponderance of the evidence that the November 18, 2021 motor vehicle collision was the cause of Plaintiff's injuries?

    YES: ✓   NO: ____

    [IF YOU CHECKED YES, PLEASE PROCEED TO QUESTION NUMBER 3. IF YOU CHECKED NO, DO NOT ANSWER ANY MORE QUESTIONS, PROCEED TO THE END, AND SIGN THE FORM.]

1

3. Do you find that Plaintiff had any fault in causing the November 18, 2021 motor vehicle collision?

YES: ✓   NO: ____

[PROCEED TO QUESTION NUMBER 4.]

**Damages**

4. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff **Shaun Howard** for the damages, if any, caused by Defendant Reginald Mitchell? Do not make any reduction for any fault you may find attributable to Plaintiff Shaun Howard.

   Answer in dollars and cents:

   $ $76,000

[IF YOU ANSWERED NO FOR QUESTION 3, DO NOT ANSWER QUESTION 5. IF YOU ANSWERED YES FOR QUESTION 3, PROCEED TO QUESTION 5.]

5. Please assign the percentage of fault that you attribute to Plaintiff Shaun Howard and Defendant Reginald Mitchell, respectively. Your total should equal 100.

   Plaintiff Shaun Howard:  30%
   Defendant Reginald Mitchell:  70%
   TOTAL:  100%

I attest that the above verdict is the unanimous verdict of the jury.

10/23/24
DATE

JURY FOREPERSON

2